1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES STANLEY WILLIAMS,              1:07-CV-0326 LJO DLB HC

12          Petitioner,

13      vs.                              ORDER GRANTING MOTION TO
                                         PROCEED IN FORMA PAUPERIS
14   KERN COUNTY SUPERIOR COURT
                                         (DOCUMENT #2)
15          Respondent.

16   _____/

17          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18   28 U.S.C. § 2254.

19          Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23          IT IS SO ORDERED.

24      Dated:   **March 22, 2007**          _____ **/s/ Dennis L. Beck**_____
     23ehd0                              UNITED STATES MAGISTRATE JUDGE
25

26

27

28